MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm
Daniel M. Perry
Tyson M. Lomazow
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
*Attorneys for Compass Financial Partner LLC and
Compass USA SPE LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CCM PATHFINDER POMPANO BAY, LLC,

    Plaintiff,

vs.

COMPASS FINANCIAL PARTNERS LLC, and COMPASS USA SPE LLC

    Defendants.

08 Civ. 5297

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 FOR COMPASS FINANCIAL PARTNERS LLC**

---

    The undersigned is counsel to Defendant Compass Financial Partners LLC.

Pursuant to Federal Rule of Civil Procedure 7.1, Compass Financial Partners LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 10, 2008

                          MILBANK, TWEED, HADLEY & McCLOY LLP

                          By: _____
                             Linda Dakin-Grimm
                             Daniel M. Perry
                             Tyson M. Lomazow
                             1 Chase Manhattan Plaza
                             New York, NY 10005-1413
                             (212) 530-5000
                             *Attorneys for Defendants Compass Financial
                             Partners LLC and Compass USA SPE LLC*