UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER POMPANO BAY, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, <br><br> Defendants. | 08 Civ. 5297 <br><br> Removed from: <br> Supreme Court of the State of New York <br> County of New York <br><br> Index No. 601694-08 <br><br> Date Filed: 06/05/08 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused a true and correct copy of the NOTICE OF REMOVAL to be served by Federal Express upon the following:

> Betty M. Shumener
> Todd B. Marcus
> Robert J. Odson
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY  10020
> (212) 335-4500

DATED:    June 10, 2008

By: /s/ Jake Weare