Scott A. Edelman (SE-5247)
Daniel M. Perry (DP-6966)
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel for Compass Financial Partners LLC and*
*Compass USA SPE LLC*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER POMPANO BAY, LLC | Case No: 08 Civ. 5297 (JSR) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION FOR ORDER TRANSFERRING VENUE OF REMOVED ACTIONS TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |
| COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on August 11, 2008, at 4:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Jed S. Rakoff, at the United States District Court for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, Courtroom 14-B, New York, New York, Defendants Compass Financial Partners LLC and Compass USA SPE LLC ("Compass") will move this Court for an order pursuant to 28 U.S.C. § 1404(a) and 1412, transferring venue of this case to the United States District Court, District of Nevada.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities; the Declaration of Gabriel Weaver filed concurrently herewith; all pleadings and papers on file in this action; and such further evidence or argument as may be heard by the Court at the time of hearing on the motion.

Dated: June 26, 2008

                                                  MILBANK, TWEED, HADLEY & McCLOY LLP

                                        By: _____
                                                 Scott Edelman (SE 5247)
                                                 Daniel M. Perry (DP 6966)
                                                 1 Chase Manhattan Plaza
                                                 New York, NY 10005-1413
                                                 (212) 530-5000
                                                 *Attorneys for Defendants Compass Financial Partners LLC and Compass USA SPE LLC*

TO:       DLA PIPER US LLP
            1251 Avenue of the Americas
            New York, New York 10020
            (212) 335-3500
            Attn: Todd B. Marcus, Esq.
            *Attorneys for Plaintiff CCM Pathfinder Gramercy, LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER POMPANO BAY, LLC, ) ) ) ) Plaintiff, ) ) -against- ) ) ) COMPASS FINANCIAL PARTNERS ) LLC and COMPASS USA SPE LLC, ) ) Defendants. ) | 08 Civ. 5297 (JSR) **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I caused a true and correct copy of the NOTICE OF MOTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER TRANSFERRING VENUE OF REMOVED ACTIONS TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, and DECLARATION OF GABRIEL WEAVER to be served by the Court's ECF System upon the following:

>Betty M. Shumener
>Todd B. Marcus
>Robert J. Odson
>DLA Piper US LLP
>1251 Avenue of the Americas
>New York, NY  10020
>(212) 335-4500

DATED:   June 26, 2008

By: _/s/ Gabriel Weaver_